```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

JORGE MANUAL TORRES TEYER,

                Defendant.

**01 Cr. 21 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant Jorge Manual Torres Teyer ("Defendant") has filed a motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i) (See Dkt. No. 252.) The Government is hereby **ORDERED** to respond to the Motion within **sixty (60) days**.

**SO ORDERED.**

Dated:    9 December 2024
           New York, New York

                                    _____
                                        Victor Marrero
                                          U.S.D.J.